UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In re:
**Kimyata Latrice Norris**,

Soc. Sec. No. xxx-xx-9144
Mailing Address: 34 Peggy Sue Court, Greensboro, NC 27407-

Debtor.

Case No.: 25-10850

Chapter 13

**AFFIDAVIT REGARDING SERVICE OF PLAN**

I, Charlene Ennemoser, certify that on 12/9/25, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Non-FDIC corporate, partnership and doing-business-as creditors (addresses verified on the NC Secretary of State website) served:

Onemain Financial Group, LLC
C/O Ct Corporation System
Attn: Officer
160 Mine Lake Court
STE 200
Raleigh, NC 27615

and by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 12/9/25

/s Charlene Ennemoser

Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

| | | |
|---|---|---|
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Internal Revenue Service (MD)**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| US Attorney's Office  (MD)**<br>101 S. Edgeworth Street, 4th floor<br>Greensboro, NC 27401 | U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | North Carolina Dept. of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| Afterpay<br>760 Market Street Fl 2 Phelan Bldg<br>San Francisco, CA 94102 | Caine & Weiner<br>21210 Erwin Street<br>Woodland Hills, CA 91367 | Caine & Weiner<br>Post Office Box 5010<br>Woodland Hills, CA 91365-5010 |
| Caine & Weiner Company<br>5805 Sepulveda Boulevard<br>4th Floor<br>Sherman Oaks, CA 91411 | Capital One Bank USA<br>PO BOX 31293<br>Salt Lake City, UT 84131-1293 | Capital One Bank**<br>Bankruptcy Department<br>Post Office Box 85167<br>Richmond, VA 23285-5167 |
| Capital One Bank**<br>Bankruptcy Department<br>Post Office Box 30285<br>Salt Lake City, UT 84130-0285 | Cone Health<br>1200 N Elm Street<br>Greensboro, NC 27401-1884 | Cone Health<br>1240 Huffman Mill Rd.<br>Burlington, NC 27215 |
| Cone Health<br>Wafefield Associates, LLC<br>Post Office Box 52770<br>Knoxville, TN 37950 | Duke Health<br>5213 South Alston Avenue<br>Durham, NC 27713 | Duke Medical<br>2351 Erwin Road<br>Durham, NC 27705 |
| Duke Medical<br>PO BOX 110566<br>Durham, NC 27709 | Guilford County Clerk of Court<br>201 S Eugene Street<br>Greensboro, NC 27401 | Guilford County Tax Collector ***<br>Attn: Officer<br>Post Office Box 3328<br>Greensboro, NC 27402 |
| Klarna Inc.*<br>Attn: Klarna Credit<br>Post Office Box 8116<br>Columbus, OH 43201 | NC Department of Justice<br>for NC Department of Revenue<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | NC Department of Revenue **<br>Attn: Bankruptcy Unit<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| OneMain Evansville<br>601 NW 2nd Street 15th Fl<br>Evansville, IN 47706 | OneMain Financial Group LLC<br>Attn: Officer<br>100 International Drive 16th Floor<br>Baltimore, MD 21202 | OneMain Financial Group LLC (RA)<br>C/O Reg. Ag. -CT Corporation System<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 |

Paypal
2211 N 1st Street
San Jose, CA 95131

Paypal Credit
Post Office Box 5018
Timonium, MD 21094

Paypal Credit
P.O. Box 71718
Philadelphia, PA 19176

Paypal Credit *****
Attn: Bankruptcy Dept.
Post Office Box 5138
Timonium, MD 21094

Philip A. Glass, Substitute Trustee
5540 Centerview Drive
Suite 416
Raleigh, NC 27606

Piedmont Natural Gas Company**
4339 South Tryon Street
Charlotte, NC 28217-1733

Progressive Insurance**
6300 Wilson Mills Road
Mayfield Village, OH 44143

Rachel's Keep HOA
C/O Red Rock Management Agency, LLC
PO Box 49443
Charlotte, NC 28277

Rachel's Keep Homeowners Association
C/O Red Rock Management
PO BOX 996
Commerce, GA 30529

Red Rock Management
1012 Market Street
Suite 201
Fort Mill, SC 29708

Schwartz Vays
7215 NE 4th Ave. #101
Miami, FL 33138

State Employees' Credit Union (RA)
c/o Registered Agent
PO Box 27665
Raleigh, NC 27611

State Employees' Credit Union***
Attn: Officer
119 N. Salisbury Street
Raleigh, NC 27603

State Employees' Credit Union****
PO Box 25279
Raleigh, NC 27611

Tonnsen Bach Law Firm
1306 S Church Street
Greenville, SC 29605

Unemployment Insurance Division
Benefit Payment Control
Post Office Box 25903
Raleigh, NC 27611-5903

Unemployment Insurance Division
Post Office Box 25903
Raleigh, NC 27611